UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:05-CR-26 |
| vs. ) | |
| ) | JUDGE COLLIER |
| STEPHEN CHARLES COOK, ) | MAGISTRATE JUDGE LEE |
| also known as "Six Four", ) | |
| CALVIN JUNIOR WARD ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON SUPERSEDING INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants STEPHEN CHARLES COOK and CALVIN JUNIOR WARD on the superseding indictment returned by the Grand Jury was held before the undersigned on September 6, 2005.

Those present for the hearing included:

(1) Assistant U.S. Attorney Robert Anderson for the USA.
(2) Defendant STEPHEN CHARLES COOK.
(3) Attorney Bryan H. Hoss for defendant Cook.
(4) Defendant CALVIN JUNIOR WARD.
(5) Attorney John C. Cavett, Jr. for defendant Ward.
(6) Deputy Clerk Pam Scott.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

Each of the defendants acknowledged having been provided with a copy of the superseding indictment and having the opportunity of reviewing the superseding indictment with their respective attorneys. Each of the defendants waived a formal reading in open court of the superseding indictment and entered a plea of not guilty to each count of the superseding indictment.

Presently, the cases are assigned the dates set forth in a separate Discovery and Scheduling Order filed with this Court on August 24, 2005 [Doc. No. 21].

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE